```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32698
   TARA Y COVINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2020

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/02/2004 and was confirmed 12/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was paid in full 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
CHICAGO AREA OFFICE FED   SECURED                 .00            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG  39018.70               .00       39018.70
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   5669.67               .00        5669.67
CARSON PIRIE SCOTT        UNSECURED      NOT FILED              .00            .00
CHADWICKS                 UNSECURED      NOT FILED              .00            .00
CHICAGO AREA OFFICE FED   UNSECURED      NOT FILED              .00            .00
CORPORATE AMERICA FAMILY  UNSECURED         477.06              .00          71.56
ADT                       UNSECURED      NOT FILED              .00            .00
CHARMING SHOPPES FASHION  UNSECURED         850.51              .00         127.58
WALMART STORES INC        FILED LATE        583.08              .00            .00
J C PENNEY                UNSECURED      NOT FILED              .00            .00
OAK ROCK FINANCIAL LLC    UNSECURED      NOT FILED              .00            .00
SIR FINANCE               UNSECURED         1020.00             .00         153.00
CITIZENS FINANCE CO       SECURED            382.61            9.76         382.61
SECRETARY OF HOUSING & U  SECURED               .00             .00            .00
CHICAGO LAWYERS GROUP PC  DEBTOR ATTY     2,394.00                         2,394.00
TOM VAUGHN                TRUSTEE                                          2,997.92
DEBTOR REFUND             REFUND                                              57.55

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             50,882.35

PRIORITY                                          .00
SECURED                                     45,070.98
   INTEREST                                      9.76
UNSECURED                                      352.14
ADMINISTRATIVE                               2,394.00
TRUSTEE COMPENSATION                         2,997.92
DEBTOR REFUND                                   57.55

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 32698 TARA Y COVINGTON
```

```
                              ---------------   ---------------
TOTALS                             50,882.35        50,882.35
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE